## Richard J. Cooney, Appellant, v. John A. Verhoeven et al., Appellees.

### Gen. No. 44,449.

opinion filed June 20, 1949; rehearing denied July 1, 1949; released for publication July 18, 1949. James D. Murphy, for appellant; James W. Breen, for appellees. Opinion by PRESIDING JUSTICE FEINBERG. **Not to be published in full.**